# CORPORATE DISCLOSURE STATEMENT

Saba University School of Medicine is a medical school located on the island of Saba in the Caribbean and accredited by Nederlands-Vlaamse Accreditatieorganisatie ("NVAO"). All of the membership interests in Saba University School of Medicine are owned by R3 Education, Inc., a Delaware corporation with its principal place of business in Devens, Massachusetts. All of the ownership interest in R3 Education, Inc. is owned by Global University Systems Holding BV, a privately held corporation with its principal place of business in London, United Kingdom.