# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8030     **Short Title:** Saba Univ. School of Medicine, et al. v. Ortiz

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Natalia Ortiz _____ as the

[ ] appellant(s)        [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)       [✓] respondent(s)       [ ] intervenor(s)

*/s/ Patrick T. Egan*
Signature

10/22/2024
Date

Patrick T. Egan
Name

Berman Tabacco
Firm Name (if applicable)

617-542-8300
Telephone Number

One Liberty Square
Address

617-542-1194
Fax Number

Boston, MA 02109
City, State, Zip Code

pegan@bermantabacco.com
Email (required)

Court of Appeals Bar Number: 92444

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).