# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-8030    Short Title: Saba University et al. v. Ortiz

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Natalia Ortiz _____ as the

[ ] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [✓] respondent(s)    [ ] intervenor(s)

_____    October 23, 2024
Signature                            Date

Margaret M. Siller
Name

Maynard Nexsen PC                    629-258-2253
Firm Name (if applicable)            Telephone Number

1131 4th Ave. S, Suite 320           629-258-2251
Address                              Fax Number

Nashville, TN 37208                  msiller@maynardnexsen.com
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1214229

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).