# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8030      **Short Title:** Saba University School of Medicene, et al. v. Ortiz

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [✔] respondent(s)      [ ] intervenor(s)

_____        October 23, 2024
Signature                               Date

Daniel A. Zibel
Name

National Student Legal Defense Network       202-734-7495
Firm Name (if applicable)                    Telephone Number

1701 Rhode Island Ave NW                     N/A
Address                                      Fax Number

Washington, DC 20036                         dan@defendstudents.org
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1190437

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print      Reset