# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8030　　　　**Short Title:** Ortiz v. Saba Univ. School of I

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Saba University School of Medicine, and R3 Education, Inc.　　　　as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[✔] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

/s/ Daryl J. Lapp　　　　　　　　　　October 30, 2024
Signature　　　　　　　　　　　　　　Date

Daryl J. Lapp
Name

Locke Lord, LLP　　　　　　　　　　617.239.0100
Firm Name (if applicable)　　　　　　Telephone Number

111 Huntington Avenue
Address　　　　　　　　　　　　　　Fax Number

Boston, Massachusetts 02199　　　　daryl.lapp@lockelord.com
City, State, Zip Code　　　　　　　　Email (required)

Court of Appeals Bar Number: 31763

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).