

111 Huntington Avenue
9th Floor
Boston, MA 02199-7613
Telephone: 617-239-0100
Fax: 617-227-4420
www.lockelord.com

Daryl J. Lapp
Direct Telephone: 617-239-0174
Direct Fax: 866-955-8813
daryl.lapp@lockelord.com

October 30, 2024

**VIA CM/ECF**
Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

  Re: *Natalia Ortiz v. Saba University School of Medicine et al.*, **24-8030**

Dear Ms. Dubrovsky:

We are counsel for Defendants-Petitioners Saba University School of Medicine and R3 Education, Inc. in the above-referenced matter. We write with respect to Petitioners' pending Petition to Appeal Class Certification Pursuant to Federal Rule of Civil Procedure 23(f).

On October 25, 2024, we received Plaintiff-Respondent's Opposition to the 23(f) Petition. We believe that the Opposition contains inaccurate statements of fact and law. Accordingly, Petitioners intend to file a motion for leave to file a reply in further support of their 23(f) Petition by no later than Monday, November 4, 2024. Petitioners will attach a proposed reply to their motion.

Respectfully submitted,

*Daryl J. Lapp*

Daryl J. Lapp


cc:  All counsel of record (via CM/ECF)

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

139381827v.1