# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8030        **Short Title:** Ortiz v. Saba Univ. School of I

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Saba University School of Medicine, and R3 Education, Inc.                         as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✔] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Michael McMorrow                    October 30, 2024
Signature                               Date

Michael McMorrow
Name

Locke Lord, LLP                         312-443-0246
Firm Name (if applicable)               Telephone Number

111 S. Wacker Drive
Address                                 Fax Number

Chicago, Illinois 60606                 michael.mcmorrow@lockelord.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1214113

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).