No. 24-8030
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

NATALIA ORTIZ,
on behalf of herself and all others similarly situated,

Plaintiff-Respondent,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE and R3 EDUCATION, INC.,

Defendants-Petitioners.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(The Honorable William G. Young, Case No. 1:23-cv-12002-WGY)
_____

**Motion for Leave to File Reply in Support of Petition to Appeal Class Certification Pursuant to Federal Rule of Civil Procedure 23(f)**
_____

> Daryl J. Lapp (First Cir. Bar No. 31763)
> LOCKE LORD LLP
> 111 Huntington Avenue, Boston, MA  02199
> (617) 239-0100
> daryl.lapp@lockelord.com
>
> Michael McMorrow (First Cir. Bar No. 1214113)
> LOCKE LORD LLP
> 111 S. Wacker Drive, Chicago, IL 60606
> (312) 443-0246
> michael.mcmorrow@lockelord.com
>
> *Counsel for Defendants-Petitioners*

Pursuant to Federal Rule of Appellate Procedure 27, Defendants-Petitioners Saba University School of Medicine and R3 Education, Inc. (collectively, "Saba") respectfully move for leave to file the Reply attached as Exhibit A hereto in support of their Petition to Appeal Class Certification Pursuant to Federal Rule of Civil Procedure 23(f).

The attached Reply addresses Plaintiff-Respondent's mischaracterizations of law and the innacurate and misleading statements of fact in her Opposition to the 23(f) Petition. Plaintiff omitted any response to Saba's argument that the district court failed to conduct a rigorous analysis of the Rule 23 factors. Instead, she attempts to analogize this case to inapplicable government enforcement and class settlement actions. As further shown in the proposed Reply, the important issues presented in Saba's Petition readily meet this Court's criteria for immediate review under Rule 23(f).

Saba respectfully submits that the attached Reply will assist the Court in its decision-making when considering the issues raised by the Petition.

This Court has entertained and granted similar requests for leave to file a reply brief on a 23(f) petition to appeal class certification. *See, e.g.,* Order, *Brown v. Saint-Gobain Performance Plastics Corp.* No. 24-8001 (1st Cir. 2024) (granting leave to file a reply in further support of a 23(f) petition); Order, *In re Prograf Antitrust Litig.*, No. 14-8023 (1st Cir. March 4, 2015) (same); Order, *In re Nexium Antitrust Litig.*, No. 13-8044 (1st Cir. Dec. 31, 2013) (same).

Therefore, Saba requests leave to file the attached Reply in further support of its 23(f) Petition.

      Saba University School of Medicine and
      R3 Education, Inc.,

      *Daryl J. Lapp*
      Daryl J. Lapp (First Cir. Bar No. 31763)
      LOCKE LORD LLP
      111 Huntington Avenue, Boston, MA  02199
      (617) 239-0100
      daryl.lapp@lockelord.com

      Michael McMorrow (First Cir. Bar No. 1214113)
      LOCKE LORD LLP
      111 S. Wacker Drive, Chicago, IL 60606
      (312) 443-0246
      michael.mcmorrow@lockelord.com

      *Counsel for Defendants-Petitioners*

## **Certificate of Compliance**

1. This document complies with the word limit of Fed. R. App. P. 32(g)(1) and Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(a)(2)(B), this document contains 251 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: November 4, 2024

/s/*Daryl J. Lapp*
Daryl J. Lapp

## **Certificate of Service**

I hereby certify that on this 4th day of November 2024, a true and correct copy of the foregoing was filed electronically with the Clerk's Office of the United States Court of Appeals for the First Circuit and served on all parties, using the CM/ECF system.

/s/*Daryl J. Lapp*
Daryl J. Lapp

# ORDERS ATTACHED

# United States Court of Appeals
## For the First Circuit

_____

No. 24-8001

KEVIN BROWN, individually and as natural parent and next friend of G.B. and D.B.; CHRISTOPHER BLUNDON, individually and as natural parent and next friend of A.B. and Z.B.; THERESA BROWN, individually and as natural parent and next friend of G.B. and D.B.; KIMBERLY PEICKER, individually and as natural parent and next friend of M.P. and A.P.; MARK PEICKER, individually and as natural parent and next friend of M.P. and A.P.; CORRIN WILSON, individually and as natural parent and next friend of K.H., L.H. and R.H.; BRIAN HARRIS, individually and as natural parent and next friend of K.H., L.H. and R.H.; OLEG GOLTSOV, individually and as natural parent and next friend of J.G.,

Plaintiffs - Respondents,

ADAM W. DYER; BRIAN MENDEZ, individually and as natural parent and personal representative for M.M.; BRENDA MORSE; JAMES BOLLENGIER; JEAN DOWLING; AMY MENDEZ, individually and as natural parent and personal representative for M.M.; BEVERLY VOLNER; JAMES VOLNER; DAWNA WORCESTER; RICHARD SLIDE, individually and as natural parent and personal representative for C.S. and M.S.; ERIN SLIDE, individually and as natural parent and personal representative for C.S. and M.S.; JONATHAN KILEY, individually and as natural parent and personal representative for A.K., K.K., E.K. 1, E.K. 2; JENNIFER KILEY; APRIL PROVENCHER; PHYLLIS PROVENCHER; RICHARD PROVENCHER; DARLENE DEBLOIS; DARLENE E. DEBLOIS LIVING TRUST; DAVID TRUE; BRIDGET HEARD,

Plaintiffs,

v.

SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION; GWENAEL BUSNEL,

Defendants - Petitioners,

JOHN DOES 1-5,

Defendant.

_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Montecalvo, <u>Circuit Judges</u>.

_____

## JUDGMENT

Entered: September 24, 2024

Pursuant to Fed. R. Civ. P. 23(f), the defendant-petitioners seek leave from this court to appeal the district court's grant of class certification. As an initial matter, the defendant-petitioners' opposed motion for leave to file a reply is **GRANTED**, and the tendered reply is accepted for filing and has been considered to an appropriate extent. While expressing no view whatsoever as to the merits of an appeal, we conclude that interlocutory review is warranted. <u>See</u> <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)). Accordingly, the petition for leave to appeal is **GRANTED**.

This appeal will now proceed as Appeal No. 24-1869. All papers filed in Appeal No. 24-8001 will be treated as if also filed in Appeal No. 24-1869. A briefing schedule will be entered in due course. In briefing, the parties should address all relevant issues regarding the applicability of and application of Federal Rule of Civil Procedure 23(c)(4).

By the Court:

Maria R. Hamilton, Clerk

cc:
Russell F. Hilliard
John Allen Yanchunis Sr.
Kevin Scott Hannon
Lawrence Allen Vogelman
Kirk C. Simoneau
Bruce W. Felmly
Sheila L. Birnbaum
Mark S. Cheffo
Douglas E. Fleming III
Paul A. LaFata
Marina Schwarz
Bert Laurence Wolff
Nathan Williams
Jeremy T. Walker

# United States Court of Appeals
## For the First Circuit

_____

No. 14-8023

IN RE: PROGRAF ANTITRUST LITIGATION,

_____

STEPHEN L. LAFRANCE HOLDINGS, INC., a/k/a SAJ Distributors; STEPHEN L. LAFRANCE PHARMACY, INC., a/k/a SAJ Distributors; BURLINGTON DRUG COMPANY, INC.; KING DRUG COMPANY OF FLORENCE, INC.; UNIONDALE CHEMISTS, INC.; LOUISIANA WHOLESALE DRUG COMPANY, INC.; NEW MEXICO UFCW UNION'S AND EMPLOYER'S HEALTH AND WELFARE TRUST FUND; JANET M. PAONE, on behalf of herself and of all others similarly situated; JUDITH CARRASQUILLO, on her behalf and on behalf of all others similarly situated,

Plaintiffs, Respondents,

v.

ASTELLAS PHARMA US, INC.,

Defendant, Petitioner.

_____

Before

Torruella, Thompson and Kayatta,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: March 4, 2015

     Defendant-Petitioner Astellas Pharma US, Inc. ("Astellas"), pursuant to Fed. R. Civ. P. 23(f), seeks leave from this court to appeal the district court's recent certification of a Fed. R. Civ. P. 23(c)(4) class in the underlying multidistrict antitrust action.  As an initial matter, Astellas' motion for leave to file a reply is **GRANTED**, and the tendered reply has been considered.  As for the merits of the petition, we disagree that the action falls into one of the three specific categories of cases identified by this court in <u>Waste Management Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000).  Nonetheless, expressing no view whatsoever as to the merits of an appeal, we conclude that the case presents "special circumstances" warranting interlocutory review.  <u>Id.</u> at 294.  The petition for leave to appeal is **GRANTED**.  This appeal will now proceed

as Appeal No. 15-1290.  All papers filed in 14-8023 will be treated as if also filed in 15-1290.  A briefing schedule will be entered in due course.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Rya W. Zobel, Judge, US District Court of Massachusetts
Robert Farrell, Clerk, US District Court of Massachusetts
David M. Schiffman
John W. Treece
Richard M. Zielinski
Elizabeth K. Levine
Thomas M. Sobol
Kristen Johnson Parker
Brian D. Brooks
Susan C. Segura
Thomas M. Greene
Alexander Sugerman-Brozan
James R. Dugan II
Don Barrett
Douglas Robert Plymale
Glen DeValerio
Nathaniel L. Orenstein

# United States Court of Appeals
## For the First Circuit

No. 13-8044

IN RE: NEXIUM ANTITRUST LITIGATION
---------------------------------------------------------------

ALLIED SERVICES DIVISION WELFARE FUND; LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 17 HEALTH CARE FUND; LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 35 HEALTH CARE FUND; A.F. OF L. - A.G.C. A.F. OF L. - A.G.C. BUILDING TRADES WELFARE PLAN; FRATERNAL ORDER OF POLICE MIAMI LODGE 20 INSURANCE TRUST FUND; NEW YORK HOTEL TRADE COUNCIL AND HOTEL ASSOC OF NEW YORK CITY, INC. HEALTH BENEFITS FUND; UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; INTERNATIONAL UNION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT NO. 15 HEALTH FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 HEALTH AND WELFARE FUND

Plaintiffs - Respondents

AMERICAN SALES COMPANY, LLC, on behalf of itself and all others similarly situated; VALUE DRUG COMPANY; BURLINGTON DRUG COMPANY INC.; ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and others similarly situated; LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 345 HEALTH CARE FUND; WALGREEN CO.; KROGER COMPANY; SAFEWAY INCORPORATED; SUPERVALU, INC.; HEB GROCERY CO. LP; GIANT EAGLE, INC.; RITE AID CORPORATION; RITE AID HEADQUARTERS CORPORATION; JCG (PJC) USA, LLC; MAXI DRUG, INC., d/b/a Brooks Pharmacy; ECKERD CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; MEIJER, INC.; MEIJER DISTRIBUTORS, INC.

Plaintiffs

v.

ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA AB; AKTIEBOLAGET HASSLE; TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICALS INDUSTRIES, LTD; RANBAXY PHARMACEUTICALS INC.; RANBAXY INC.; RANBAXY LABORATORIES LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES, LTD.

Defendants - Petitioners

# ORDER OF COURT

Entered: December 31, 2013
Pursuant to 1st Cir. R. 27.0(d)

    Petitioners' motion for leave to file a reply in support of the petition for permission to appeal is allowed. Petitioners' tendered reply is accepted for filing on this date.

                                                  By the Court:

                                             /s/ Margaret Carter, Clerk

cc:
Counsel of Record