# United States Court of Appeals
## For the First Circuit

————————————————

No. 24-8030

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Respondent.

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Petitioners.

————————————————

**NOTICE**

Issued: November 15, 2024

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After November 29, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Madeline Wiseman
Alexander Elson
Nathalie Vega Crespo
John Robison Alford
Dale Evans

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275


cc:
John Robison Alford Jr.
Patrick Thomas Egan
Alexander Elson
Dale Evans Jr.
Daryl J. Lapp
Michael J. McMorrow
Margaret Siller
Nathalie Vega Crespo
Madeline Wiseman
Daniel Zibel