# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8030          **Short Title:**

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Saba University School of Medicine and R3 Education, Inc.    as the

[ ] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[✔] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Nathalie Vega                     11/20/24
Signature                           Date

Nathalie Vega
Name

Locke Lord LLP                       401.276-6421
Firm Name (if applicable)              Telephone Number

One Financial Plaza
Address                               Fax Number

Providence, RI 02903             nathalie.vega@lockelord.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1193821

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).