# United States Court of Appeals
## For the First Circuit

No. 24-8030

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Respondent.

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Petitioners.

**NOTICE**

Issued: December 5, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Madeline Wiseman
Alexander Elson
John Robison Alford
Dale Evans

The following attorneys will continue to receive notice in this case:

Patrick Thomas Egan
Daryl J. Lapp
Michael J. McMorrow
Margaret Siller
Nathalie Marie Vega Crespo
Daniel Zibel

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275

cc:
John Robison Alford Jr.
Patrick Thomas Egan
Alexander Elson
Dale Evans Jr.
Daryl J. Lapp
Michael J. McMorrow
Margaret Siller
Nathalie Marie Vega Crespo
Madeline Wiseman
Daniel Zibel