# United States Court of Appeals
## For the First Circuit

_____

No. 24-8030

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Respondent.

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Petitioners.

_____

**JUDGMENT**

Entered: December 19, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioner's unopposed motion, it is hereby ordered that this case be voluntarily dismissed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Daryl J. Lapp
Nathalie Marie Vega Crespo
Michael J. McMorrow
Patrick Thomas Egan
Daniel Zibel
Margaret Siller
Alexander Elson